UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 09 B 33833
                                                CHAPTER 13
LISA M LEONARD
                                                JUDGE JACK B SCHMETTERER

        DEBTOR                                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:** OCWEN LOAN SERVICING LLC

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 7 | 2 | 1234 17430 WALTER STREET | $1,105.67 | $2,017.21 | $2,017.21 |
| Total Amount Paid by Trustee | | | | | $2,017.21 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor
has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 09-33833-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 8th day of October, 2014.

Debtor:
LISA M LEONARD
17430 WALTER STREET
LANSING, IL 60438

Attorney:
LEDFORD & WU
200 S MICHIGAN AVE #209
CHICAGO, IL 60604-2406
via Clerk's ECF noticing procedures

Creditor:
OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH, FL 33409

Mortgage Creditor:
AMERICAN HOME MORTGAGE
SERV
4875 BELFORT RD # 130
JACKSONVILLE, FL 32256

Mortgage Creditor:
DEUTSCHE BANK NATIONAL
TRUST
% BURKE COSTANZA &
CARBERRY LL
9191 BROADWAY
MERRILLVILLE, IN 46410

Creditor:
DEUTSCHE BANK NATIONAL
% AMERICAN HOME MORTGAGE
1525 S BELTLINE RD #100 N
COPPELL, TX 75019

ELECTRONIC SERVICE - United States Trustee

Date: October 08, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603